```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

RITA RUSHING                                              PLAINTIFF

VS.                              CIVIL ACTON NO. 3:17CV773TSL-RHW

UNION SECURITY INSURANCE COMPANY                          DEFENDANT

### JUDGMENT

In accordance with the court's memorandum opinion and order of March 12, 2019 and the agreed order entered this date, it is ordered and adjudged that the plaintiff's complaint in this cause is dismissed with prejudice and the defendant's counterclaim is likewise dismissed with prejudice.

SO ORDERED AND ADJUDGED this 25th day of March, 2019.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE